**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------X

IN RE:                                                                         CHAPTER 11
Douglas Gregory Bezio                                          CASE NO. 24-11863-jeb

**Debtor**

---------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST**
**FOR ALL ORDERS, NOTICES AND OTHER PAPERS**

    PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010 Doonan, Graves & Longoria, LLC hereby appears in the above-captioned case as counsel for Pale Horse Realty LLC ("PHR") and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon it at the address set forth below and that it be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA  01915
(978) 921-2670 ext. 118
Fax: (978) 921-4870
rjl@dgandl.com

    Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as a waiver of any right of PHR or any of its affiliates (i) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) to object to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice or (v) to rights, claims, actions, defenses, setoffs or recoupments to which PHR or any of its affiliates may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

    Respectfully submitted,
Doonan, Graves & Longoria, LLC

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq., BBO No. 635118
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 303C
Beverly, MA  01915
(978) 921-2670 ext. 118
rjl@dgandl.com

Dated: September 30, 2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------X

**IN RE:**                                                      **CHAPTER 11**
**Douglas Gregory Bezio**                     **CASE NO. 24-11863-jeb**

                 **Debtor**

---------------------------------------------------X

## CERTIFICATE OF SERVICE

       I, Reneau J. Longoria, hereby certify that true and correct copies of the above notice have been served by either electronic notification or by placing same in the United States Mail, postage prepaid, on September 30, 2024 to all of the individuals on the following service list.

                                                                            /s/ Reneau J. Longoria
                                                                             Reneau J. Longoria, Esq., BBO No. 635118
                                                                             Doonan, Graves & Longoria, LLC
                                                                             100 Cummings Center Suite 303C
                                                                             Beverly, MA  01915
                                                                             Tel. (978) 921-2670 ext. 118
                                                                             rjl@dgandl.com

**U.S. Trustee**
Richard King-B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl., Suite 1000
Boston, MA 02109
**Electronic Notification**

**Debtor**
Douglas Gregory Bezio
135 Marven Way, Lot 7B
Wellfleet, MA 02667
**PRO SE**